# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| NICHOLAS SERVICES, LLC<br>D/B/A NICHOLAS AIR and<br>CORR FLIGHT S., INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLASSDOOR, INC. and<br>JOHN AND JANE DOE(S) 1-30,<br><br>    Defendants. | Civil Action No. 3:23cv448-MPM-RP |

## CORPORATE DISCLOSURE STATEMENT

1. Defendant Glassdoor LLC (sued as Glassdoor, Inc.) is a limited liability company organized under the laws of Delaware, with its principal place of business at 300 Mission Street, 16th Floor, San Francisco, California 94105.

2. The sole member of Glassdoor LLC is RGF OHR USA, Inc., a corporation duly incorporated under the laws of Delaware with its principal place of business at 6433 Champion Grandview Way, Austin, Texas 78750.

Dated: November 28, 2023.

                                              Respectfully submitted,

                                              GLASSDOOR LLC

                                              */s/ Pope S. Mallette*
                                              POPE S. MALLETTE (MB NO. 9836)
                                              J. ANDREW MAULDIN (MB NO. 104227)

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055 | Fax: (662) 236-0035
*cmayo@mayomallette.com*
*dmauldin@mayomallette.com*