**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NICHOLAS SERVICES, LLC, et al.**                                                                               **PLAINTIFFS**

**v.**                                                                                                                   **NO. 3:23-CV-448-MPM-RP**

**GLASSDOOR, INC., et al.**                                                                                                      **DEFENDANTS**

## ORDER STAYING CASE

Defendant Glassdoor, Inc. has filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6). ECF #5. Under this court's local rules, the filing of a motion asserting a jurisdictional defense "stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U.Civ.R. 16(b)(3)(B). Therefore, the disclosure requirements and all discovery are STAYED, and the case management conference is continued, pending resolution of the Motion to Dismiss. The parties are instructed to notify the undersigned within seven (7) days after a ruling on the motion.

**SO ORDERED**, this the 30th day of November, 2023.

                                                                              /s/ Roy Percy
                                                                              UNITED STATES MAGISTRATE JUDGE