1. **Extremely Poor Company**



2. **Demanding job**



EXHIBIT A

3. <u>No Pros</u>



4. <u>Terrible Place – Stay Far Away</u>



EXHIBIT A

5. <u>Run.</u>



6. <u>Run away fast</u>



EXHIBIT A

7. **Stay Clear Of Nicholas Air!**



8. **Lots of glamour, nothing for employees**



EXHIBIT A

9. **Buyer Beware**



10. **0/10 would recommend to a friend**



EXHIBIT A