# NON-DISCLOSURE OF INFORMATION AGREEMENT

**Nicholas Services, LLC & Corr Flight S., Inc.**
P.O. Box 2289, Oxford, MS 38655
Tel: +1 (866) 935-7771 / Fax: +1 (662) 297-7083
Email: HR@nicholasair.com

| Name: | | |
|---|---|---|
| Complete Address: | | |
| Tel: | Cell: | Fax: |
| E-mail: | | |

    Hereinafter Employer, Employee and/or Contractor, Customers, Suppliers/Vendors, Consultants may be referred to individually as a "Party" and collectively as the "Parties".

The Parties wish to protect Proprietary Information (as defined below) being exchanged or disclosed (whether verbally or in the form of written material) on or after the date hereof. Therefore, for and in consideration of the mutual benefits to the Parties hereto, adequacy, receipt and sufficiency of which is hereby confirmed, Parties agree as follows:

For purposes of this Agreement, Provider shall mean Corr Flight S., Inc. ("Employer"), Nicholas Services, LLC as well as any and all entities and enterprises that Employee may be privy to at the directive of the assigned manager and **Proprietary Information** shall mean all information presented and the existence of discussions between the Parties, and any and all information communicated by or on behalf of the disclosing Party to the receiving Party related to or in any way connected with the operations of Provider's portfolio, including, but not limited to any and all of Nicholas Services, LLC or Corr Flight S., Inc.'s programs or customer information:

a. the Parties generally, their respective parent companies, subsidiaries and affiliates, respective customers, suppliers/vendors, investments, financial analyses, credit information, financial information, cost structure;
b. any pricing information regarding products, programs or services;
c. forms, reports, proposals, program descriptions, agreements, terms and conditions or similar documents of any products and services;
d. any discussion, meeting, PowerPoint, movie or Flash presentation related to any products and services;
e. data and any portions thereof, marked or otherwise specified as proprietary or confidential or related to a document or subject which is proprietary or confidential; and

The obligations hereunder shall not apply to Proprietary Information which: (i) is already or hereinafter becomes available in the public domain rather than through the fault or negligence of a Party, their respective parents, subsidiaries, or affiliates; and (ii) is developed independently and lawfully by either Party without reference, influence or connection to the Proprietary Information disclosed by the other Party pursuant to this Agreement.

Each Party hereby undertakes (i) to keep all Proprietary Information proprietary confidential; (ii) to protect each other's Proprietary Information, whether in storage or in use, with the same degree of care as that Party uses to protect its own Proprietary Information against public disclosure, but in no case with degree of care less than reasonable care; (iii) not to use, disclose, disseminate, or duplicate, in whole or in part, for any purpose, unless specifically and previously authorized in writing to do so by the other Party any Proprietary Information to any third party, save and except for: (a) to its board members, legal advisors, auditors, investment advisors, if such disclosure is essential for the enrollment in any services part of the After-Sales Portfolio, and (b) to the extent required by applicable law, court or administrative order or governmental ruling or regulation, provided that the Party cooperates with the other Party and uses commercially reasonable efforts to avoid disclosure and, failing such attempt, to limit the disclosure to the extent legally permissible, and shall provide the other Party with reasonable advance written notice for protective orders or other appropriate remedy.

The Parties shall ensure that their respective employees, directors, officers, board members, legal advisors, auditors and investment advisers having access to any Proprietary Information within the limits provided for in this Agreement, observe the obligations contained herein as if such persons were a Party to this Agreement, advising such persons of the confidential nature of this information and shall (a) ensure that legal advisors, auditors and investment advisers are bound by confidentiality undertakings, by signing a statement acknowledging and accepting the terms hereof and (b) have an internal confidentiality policy in place applicable to all of its personnel.

This Agreement may be subject to export controls and other export documentation requirements of the United States and other countries. The Parties shall comply with any conditions and requirements imposed by the competent authorities and, upon Provider's request, shall execute and deliver any relevant end-user certificates or other documentation required for compliance with export control regulations to Provider.

This Agreement shall be governed by and construed and interpreted in accordance with the laws of the State of Mississippi, United States without regards to its conflicts of law principles. Any controversy or claim arising out of or relating to this Agreement or the subject matter hereof shall be submitted to the exclusive jurisdiction and venue of the state and federal courts sitting in the State of Mississippi, Lafayette County.

This document contains confidential information and is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient you are notified that any dissemination, distribution, copying or other use of this communication is prohibited. If you have received this document in error, please notify the company immediately by telephone +1 (866) 935-7771 and/or e-mail to contact@nicholasair.com Thank you.

Orig. 2020

EXHIBIT B

## NON-DISCLOSURE OF INFORMATION AGREEMENT, PAGE 2

The Parties agree that such courts of jurisdiction are competent for hearing the case and for deciding on any action or act in relation to this Agreement, including, without limitation, the validity, interpretation and enforcement hereof. The Parties agree to waive any claim of forum non conveniens. The prevailing Party shall be entitled to recover reasonable and documented attorneys' fees and expenses. Each Party hereto hereby expressly waives to the full extent permitted by applicable law any right it may have to a jury trial in respect of any litigation directly or indirectly arising out of, under or in connection with the Agreement.

The provisions of this Agreement shall remain in full force indefinitely unless expressly agreed otherwise in writing by the Parties. Each Party agrees to promptly return or destroy any Proprietary Information together with all copies thereof, upon request by the disclosing Party. In addition to any remedies under the applicable law, the receiving Party recognizes that any breach or violation of this Agreement may cause irreparable harm to Employer and/or Provider, and the Party agrees that Employer or Provider may seek and obtain injunctive relief against any breach or threatened breach to this Agreement.

Nothing in this Agreement shall be construed as an obligation of either Party to enter into a contract, a subcontract or other agreement and/or business relationship with each other or any third party. This Agreement may be executed in facsimile and in any number of separate counterparts with the same effect as if the signatures thereto and hereto were upon the same instrument and all of which when taken together shall constitute one and the same instrument.

DATED:_____   Location: _____

BY:
Signature _____


(Please Print) _____




Sworn to and subscribed before me this_____Day of_____, 20_____


_____
(Notary Public)


My commission expires _____

This document contains confidential information and is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient you are notified that any dissemination, distribution, copying or other use of this communication is prohibited. If you have received this document in error, please notify the company immediately by telephone +1 (866) 935-7771 and/or e-mail to contact@nicholasair.com Thank you.
Orig. 2020

EXHIBIT B

## TRADE SECRET/ NON-SOLICITATION CONFIDENTIAL INFORMATION AGREEMENT

I understand that as a person employed by Corr Flight S., Inc., hereinafter "the Company", I will have customer, vendor/supplier relationships and/or access to trade secrets and confidential information developed by me and others during working hours, regarding jobs, potential jobs, salaries, bid information, estimates, pricing, costs, and other sensitive data in the nature of trade secrets. These matters and information are the exclusive proprietary property rights of the Company. In the event that I should leave the employment of the Company, I hereby agree that I will not divulge, use, or permit the use by any business entity I may become associated with, of any of the proprietary property rights described hereinabove for any purpose whatsoever.

Furthermore, in the event that employment is terminated by me or the Company, neither I, nor any company I may become associated with, will solicit or bid any services to any customer, vendor/supplier of Nicholas Air or Corr Flight S., Inc., for a period of two (2) years after my last day of employment. I furthermore agree that I will not seek re-employment with my previous employer for a period of two (2) years following my last day of employment with the Company, if the previous employer was in private aviation. I further agree that as a condition of employment, should I leave the employment of the Company that I, or any business entity I may become associated with will not solicit any employees of the Company, for employment. I recognize that all printed forms, manuals, procedure manuals, etc., which I may use during my employment, are the exclusive property of Nicholas Air and Corr Flight S., Inc., regardless of what method of reproduction may have been used. I will, therefore, surrender them upon termination and will make no unauthorized copies of them.

In the event that any portion of this Agreement shall be declared null and void by a court of law, the remainder of this Agreement shall be valid and remain in full force and effect.

DATED:_____     Location: _____

BY:
Employee Signature _____

Employee Name (Please Print) _____

Sworn to and subscribed before me this _____ Day of _____, 20_____

_____
(Notary Public)

My commission expires _____

EXHIBIT B