12/12/23, 11:59 AM							Glassdoor - Get Hired. Love Your Job | Glassdoor

**'GLASSDOOR'**

# Rate a Company

It only takes a minute! And your anonymous review will help other job seekers.

Company

**NICHOLAS AIR**

Overall Rating *

☆ ☆ ☆ ☆ ☆

Are you a current or former employee?

○ Current Employee    ○ Former Employee

Employment Status *

Select your option ⌄

Your Job Title at NICHOLAS AIR

Review Headline *

Pros *

Share some of the best reasons to work at NICHOLAS AIR

5 word minimum

Cons *

Share some of the downsides of working at NICHOLAS AIR

5 word minimum

12/12/23, 11:59 AM  Glassdoor - Get Hired. Love Your Job | Glassdoor

**'GLASSDOOR'**

All information contributed above will be visible to people who visit Glassdoor.

☐ I agree to the Glassdoor Terms of Use. This review of my experience at my current or former employer is truthful.

## Keep it Real

Thank you for contributing to the community. Your opinion will help others make decisions about jobs and companies.

**Please stick to the Community Guidelines and do not post:**

- Aggressive or discriminatory language
- Profanities
- Trade secrets/confidential information

Thank you for doing your part to keep Glassdoor the most trusted place to find a job and company you love. See the Community Guidelines for more details.

Copyright © 2008-2023, Glassdoor LLC. "Glassdoor" and logo are registered trademarks of Glassdoor LLC.

Terms of Use | Privacy & Cookies

EXHIBIT D