# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

NICHOLAS SERVICES, LLC
D/B/A NICHOLAS AIR and
CORR FLIGHT S., INC.,

    Plaintiffs,

    v.

GLASSDOOR, INC.,
GLASSDOOR, LLC, and
JOHN AND JANE DOE(S) 1-30,

    Defendants.

Civil Action No. 3:23cv448-MPM-RP

## DEFENDANT GLASSDOOR LLC'S
## MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO
## TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA

Defendant Glassdoor LLC ("Glassdoor") hereby moves to dismiss the above-referenced action pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), or to transfer this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a), on the following grounds, which are set forth in detail in Glassdoor's accompanying Memorandum Brief in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint, or, in the Alternative, to Transfer this Action to the Northern District of California:

    1.    The Court lacks personal jurisdiction over Glassdoor.

    2.    Plaintiffs agreed to litigate the dispute at issue in this matter in either the Superior Court of the State of California, County of Marin, or the United States District Court for the Northern District of California.

    3.    Plaintiffs improperly purport to hold Glassdoor, which is a "provider of an interactive computer service" within the meaning of 47 U.S.C. § 230(c)(1), liable for statements

made on Glassdoor's website by third parties, and for additional defamatory content allegedly created by Glassdoor.

4. Plaintiffs' First Amended Complaint fails to state a claim under applicable Mississippi law.

5. In support of its Motion, Defendant relies on the pleadings and papers filed of record in this matter, as well as the following exhibits:

> Exhibit 1 – Declaration of Annie Khalid
>     Exhibit A – Form of a user to the Site to create an account for Glassdoor;
>     Exhibit B – Glassdoor's Terms of Use; and
>     Exhibit C – Page from the Administrative interface of the Site.
>
> Exhibit 2 – Declaration of William J. Frimel
>     Exhibit A – 2023 LLC Report of Nicholas Air;
>     Exhibit B – September 12, 2023 Letter to Glassdoor from Nicholas Air;
>     Exhibit C – Nicholas's website retrieved on November 27, 2023; and
>     Exhibit D – "Jobs" section of Nicholas's LinkedIn page retrieved on November 27, 2023.

Dated: January 5, 2023.

Respectfully submitted,

/s/   Pope S. Mallette

**ATTORNEYS FOR DEFENDANT GLASSDOOR LLC**

Pope S. Mallette
State Bar No. 9836
pmallette@mayomallette.com
J. Andrew Mauldin
State Bar No. 104227
dmauldin@mayomallette.com
**Mayo Mallette PLLC**
2094 Old Taylor Road, Suite 200
Oxford, MS  38655
Phone:  662.236.0555
Fax:  662.236.0035