UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**NICHOLAS SERVICES, LLC**
**D/B/A NICHOLAS AIR and**
**CORR FLIGHT S., INC.** **PLAINTIFFS**

**VERSUS** Civil Action No. 3:23-cv-448-MPM-RP

**GLASSDOOR, INC.,**
**GLASSDOOR, LLC, and**
**JOHN AND JANE DOE(S) 1-30** **DEFENDANTS**

## NOTICE OF DISMISSAL OF GLASSDOOR, INC.

Plaintiffs Nicholas Services, LLC d/b/a Nicholas Air and Corr Flight S., Inc., voluntarily dismiss Defendant Glassdoor, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Glassdoor, Inc. has not appeared in this case, answered, or filed a motion for summary judgment. Therefore, notice of dismissal is proper.

RESPECTFULLY SUBMITTED, this the 9th day of January, 2024.

**NICHOLAS SERVICES, LLC**
**d/b/a NICHOLAS AIR, and**
**CORR FLIGHT S., INC.** *Plaintiffs*

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr. (MSB #10187)
Molly H. McNair (MSB #105706)
FORMAN WATKINS & KRUTZ LLP
210 E. Capitol Street, Suite 2200
Jackson, MS 39201
Phone: 601-960-8600
win.gault@formanwatkins.com
molly.mcnair@formanwatkins.com

Hannah Katherine Herrin
Internal Counsel
NICHOLAS AIR®
Direct: 662.212.5124
Email: hherrin@nicholasair.com