## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**NICHOLAS SERVICES, LLC**
**D/B/A NICHOLAS AIR and**
**CORR FLIGHT S., INC.**                      **PLAINTIFFS**

**VERSUS**                      Civil Action No. 3:23-cv-448-MPM-RP

**GLASSDOOR LLC, and**
**JOHN AND JANE DOE(S) 1-30**                  **DEFENDANTS**

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GLASSDOOR LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA

       Plaintiffs Nicholas Services, LLC and Corr Flight S., Inc. respectfully submit this Response in Opposition to Defendant Glassdoor LLC's Motion to Dismiss, or in the Alternative, to Transfer to the Northern District of California. (Dkt. 22).

       Plaintiffs hereby oppose Defendant Glassdoor LLC's Motion in its entirety, and rely on their Memorandum in Support, filed in conjunction with this Response. Plaintiffs also rely on the following exhibits submitted herewith:

- Exhibit A, Glassdoor Help Center
- Exhibit B, Glassdoor Premium Employer Products
- Exhibit C, Email from Glassdoor to Nicholas Air
- Exhibit D, Affidavit of Peder von Harten
- Exhibit E, Affidavit of Fernando Pineda

       RESPECTFULLY SUBMITTED, this the 25th day of January, 2024.

                                                 **NICHOLAS SERVICES, LLC**
                                                 **d/b/a NICHOLAS AIR, and**
                                                 **CORR FLIGHT S., INC.** *Plaintiffs*

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr. (MSB #10187)
Molly H. McNair (MSB #105706)
FORMAN WATKINS & KRUTZ LLP
210 E. Capitol Street, Suite 2200
Jackson, MS 39201
Phone: 601-960-8600
win.gault@formanwatkins.com
molly.mcnair@formanwatkins.com

Hannah Katherine Herrin
Internal Counsel
NICHOLAS AIR®
Direct: 662.212.5124
Email: hherrin@nicholasair.com
***Attorneys for Plaintiffs***
