UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| NICHOLAS SERVICES, LLC<br>D/B/A NICHOLAS AIR and<br>CORR FLIGHT S., INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>GLASSDOOR, LLC and<br>JOHN AND JANE DOE(S) 1-30,<br><br>      Defendants. | Civil Action No. 3:23cv448-MPM-RP |

**DECLARATION OF WILLIAM J. FRIMEL IN SUPPORT OF DEFENDANT
GLASSDOOR LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT, OR,
IN THE ALTERNATIVE, TO TRANSFER
THIS ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA**



EXHIBIT 1

## DECLARATION OF WILLIAM J. FRIMEL

1. I am counsel for Defendant Glassdoor LLC ("Glassdoor") in the above-referenced action.

2. I attempted to access the weblink set forth on page 17 of Plaintiffs Nicholas Services LLC and Corr Flight S., Inc.'s opposition to Glassdoor's motion to dismiss or transfer this action, https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2020.pdf, but that link led to the "Page Not Found" webpage attached hereto as Exhibit 1(A).

3. Attached as Exhibit 1(A) is a true and correct copy of the webpage I reached by clicking on the above-referenced link, which I visited on February 3, 2024.

4. Attached as Exhibit 1(B) is a true and correct copy of the United States Census's Annual Estimates of the Resident Population for the United States, Regions, States, District of Columbia and Puerto Rico: April 1, 2020 to July 1, 2023, located at https://www2.census.gov/programs-surveys/popest/tables/2020-2023/state/totals/NST-EST2023-POP.xlsx, which I visited on February 3, 2024.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 3, 2024

WILLIAM J. FRIMEL

1

# Page Not Found

We can't find the page you're looking for. Please use our search, browse our navigation menu, or visit the homepage (/).

Search uscourts.gov

Still can't find what you're looking for? Contact us (/contact-us).



Annual Estimates of the Residentgions, States, District of Columbia, and Puerto Rico: April 1, 2020 to July 1, 2023

| Geographic Area | Population Estimate (as of July 1) | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| United States | 332,048,977 | 333,271,411 | 334,914,895 |
| Northeast | 57,243,423 | 57,026,847 | 56,983,517 |
| Midwest | 68,850,246 | 68,783,028 | 68,909,283 |
| South | 127,353,282 | 128,702,030 | 130,125,290 |
| West | 78,602,026 | 78,759,506 | 78,896,805 |
| Alabama | 5,050,380 | 5,073,903 | 5,108,468 |
| Alaska | 734,923 | 733,276 | 733,406 |
| Arizona | 7,272,487 | 7,365,684 | 7,431,344 |
| Arkansas | 3,028,443 | 3,046,404 | 3,067,732 |
| California | 39,145,060 | 39,040,616 | 38,965,193 |
| Colorado | 5,811,596 | 5,841,039 | 5,877,610 |
| Connecticut | 3,603,691 | 3,608,706 | 3,617,176 |
| Delaware | 1,004,881 | 1,019,459 | 1,031,890 |
| District of Columbia | 669,037 | 670,949 | 678,972 |
| Florida | 21,830,708 | 22,245,521 | 22,610,726 |
| Georgia | 10,790,385 | 10,913,150 | 11,029,227 |
| Hawaii | 1,446,745 | 1,439,399 | 1,435,138 |
| Idaho | 1,904,537 | 1,938,996 | 1,964,726 |
| Illinois | 12,690,341 | 12,582,515 | 12,549,689 |
| Indiana | 6,813,798 | 6,832,274 | 6,862,199 |
| Iowa | 3,197,944 | 3,199,693 | 3,207,004 |
| Kansas | 2,937,946 | 2,936,716 | 2,940,546 |
| Kentucky | 4,507,600 | 4,511,563 | 4,526,154 |
| Louisiana | 4,627,047 | 4,588,023 | 4,573,749 |
| Maine | 1,378,787 | 1,389,338 | 1,395,722 |
| Maryland | 6,175,045 | 6,163,981 | 6,180,253 |
| Massachusetts | 6,991,951 | 6,982,740 | 7,001,399 |
| Michigan | 10,038,117 | 10,033,281 | 10,037,261 |
| Minnesota | 5,717,968 | 5,714,300 | 5,737,915 |
| Mississippi | 2,949,582 | 2,938,928 | 2,939,690 |
| Missouri | 6,170,393 | 6,177,168 | 6,196,156 |
| Montana | 1,106,366 | 1,122,878 | 1,132,812 |
| Nebraska | 1,964,253 | 1,968,060 | 1,978,379 |
| Nevada | 3,146,632 | 3,177,421 | 3,194,176 |
| New Hampshire | 1,387,494 | 1,399,003 | 1,402,054 |
| New Jersey | 9,269,175 | 9,260,817 | 9,290,841 |



EXHIBIT 1(B)

| Annual Estimates of the Resident<br>April 1, 2020 to July 1, 2023 | gions, States, District of Columbia, and Puerto Rico: | | |
|---|---|---|---|
| Geographic Area | Population Estimate (as of July 1) | | |
| | 2021 | 2022 | 2023 |
| New Mexico | 2,116,950 | 2,113,476 | 2,114,371 |
| New York | 19,854,526 | 19,673,200 | 19,571,216 |
| North Carolina | 10,567,100 | 10,695,965 | 10,835,491 |
| North Dakota | 777,982 | 778,912 | 783,926 |
| Ohio | 11,765,227 | 11,759,697 | 11,785,935 |
| Oklahoma | 3,991,634 | 4,019,271 | 4,053,824 |
| Oregon | 4,256,465 | 4,239,379 | 4,233,358 |
| Pennsylvania | 13,013,614 | 12,972,091 | 12,961,683 |
| Rhode Island | 1,097,092 | 1,093,842 | 1,095,962 |
| South Carolina | 5,193,848 | 5,282,955 | 5,373,555 |
| South Dakota | 896,299 | 909,869 | 919,318 |
| Tennessee | 6,963,709 | 7,048,976 | 7,126,489 |
| Texas | 29,561,286 | 30,029,848 | 30,503,301 |
| Utah | 3,339,284 | 3,381,236 | 3,417,734 |
| Vermont | 647,093 | 647,110 | 647,464 |
| Virginia | 8,657,348 | 8,679,099 | 8,715,698 |
| Washington | 7,741,433 | 7,784,477 | 7,812,880 |
| West Virginia | 1,785,249 | 1,774,035 | 1,770,071 |
| Wisconsin | 5,879,978 | 5,890,543 | 5,910,955 |
| Wyoming | 579,548 | 581,629 | 584,057 |
| Puerto Rico | 3,262,693 | 3,220,113 | 3,205,691 |

Vintage 2023 data products are associated wil P-7501659, and P-7527355. The U.S. Census Bureau reviewed these data products for unauthorized disclosure of ce avoidance practices applied to this release (CBDRB-FY24-0085).

Note: The estimates are developed from a baestimates, and (for the U.S. only) 2020 Demographic Analysis estimates. For population estimates methodology statemys/popest/technical-documentation/methodology.html. See Geographic Terms and Definitions at https://www.census.ges/terms-and-definitions.html for a list of the states that are included in each region. All geographic boundaries for thery 1, 2023.

**Suggested Citation:**

Annual Estimates of the Resident Populatidct of Columbia, and Puerto Rico: April 1, 2020 to July 1, 2023 (NST-EST2023-POP)

Source: U.S. Census Bureau, Population D

Release Date: December 2023